

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Lee Miller, Appellant

No. 06-14-00011-CV          v.

F. Scott, et al., Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13C1850-102). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Lee Miller, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 11, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk